# PHILLIPS LAW, P.L.L.C.
412 South Fourth Street
Suite 1155, East Grain Exchange Building
Minneapolis, Minnesota 55415
Website: www.phillipslawmn.com

---

Telephone: 612-677-8345 **Michael G. Phillips**
Fax:  612-344-1579 email: mike@phillipslawmn.com

---

November 22, 2011

**Via ECF**

The Honorable Donovan W. Frank
The United States District Court
724 Federal Building
316 North Robert Street
St. Paul, MN  55101-1464

**RE:** Rebecca L. Kruschke and Ruth Kruschke v. Enhanced Recovery Company, LLC, etc.
Civil File No. 11-cv-03238 DWF/SER
**This Case Has Been Settled – Voluntary Dismissal Order With Prejudice Will Be Filed Shortly**

Dear Judge Frank:

I represent the plaintiffs in this Fair Debt Collection Practices Act case filed on November 2, 2011.  I write this letter per the direction of Erin Eldridge of your office who I spoke with on November 22, 2011.

This lawsuit has been settled.  As a result, the defendant will not respond to the complaint.  The plaintiffs will be filing a voluntary dismissal with prejudice in the near future.

I copy the Magistrate Judge assigned to this case and Ginny Walker, the contact person for the defendant who I have been working with on the settlement.

Thank you.

Respectfully submitted,

*s/ Michael G. Phillips*

Michael G. Phillips

MGP/dsn


cc: The Honorable Magistrate Judge Steven E. Rau (via ecf)
Ginny Walker of Enhanced Recovery Company, LLC (via email)