## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Rebecca L. Kruschke and                                   Civil No. 11-3238 (DWF/SER)
Ruth Kruschke,

        Plaintiffs,

v.                                                        **ORDER FOR DISMISSAL**
                                                          **WITH PREJUDICE**

Enhanced Recovery Company, LLC
a/k/a Enhanced Recovery Corporation,

        Defendant.


Based upon the Plaintiffs' Notice of Voluntary Dismissal With Prejudice of Their

Complaint Against the Defendants filed by the Plaintiffs on February 7, 2012 (Doc. No.

[3]),

      **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH**

**PREJUDICE** and on the merits, without costs or disbursements to any party.


Dated:  February 10, 2012              s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       United States District Judge